UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

FILED
08 MAR 27 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**LANCE S. WILSON**
**CLERK OF COURT**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

**JAKE HERB CHIEF**
**DEPUTY, RENO**

March 4, 2008

United States Courthouse
1st Floor
2003 West Adams Avenue
El Centro, CA 92243

'08 CR 7019 IEG

Re:  Transfer of Probation

Case Name:        USA v. Jose Luis Pacheco-Velasquez, et al.,

Your Case Number:

Our Case Number:   2:03-cr-0246--RCJ-PAL

Dear Clerk:

    Pursuant to the Order for Transfer of Jurisdiction/Probation, enclosed are certified copies of the Indictment, Judgment, Order Transferring Case and the Docket Sheet from the District of Nevada for the above-named defendant.

    ***District of Nevada is currently using CM/ECF and Judges now sign documents electronically***

Lance S. Wilson, Clerk

By: /s/ Andrew Mennear
_____
Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

Date Received:_____

Your Case Number:___'08 CR 7019 IEG

DANIEL G. BOGDEN
United States Attorney
PAMELA A. GREIMAN
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6050

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>VS.<br><br>JOSE LUIS PACHECO-VELASQUEZ, and<br>LUIS WILLIAM KAUFMAN<br>aka "Moreno",<br><br>DEFENDANTS. | CRIMINAL INDICTMENT<br><br>CR-S-03-0246-LRH-PAL<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 846 & 841(a)(1), (b)(1)(A)(viii) - Conspiracy to Distribute a Controlled Substance;<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) - Possession of a Controlled Substance with the Intent to Distribute |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
Conspiracy to Distribute a Controlled Substance

On or about May 16, 2003, and continuing up to and including May 24, 2003, in the State and Federal District of Nevada,

**JOSE LUIS PACHECO-VELASQUEZ, AND
LUIS WILLIAM KAUFMAN,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown, to commit offenses against the United States, that is, to distribute at least 500 grams or more of a mixture or

1  substance containing a detectable amount of methamphetamine, a Schedule II controlled
2  substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1),
3  (b)(1)(A)(viii).

4

5  **COUNT TWO**
   Possession of a Controlled Substance with Intent to Distribute
6

7  On or about May 24, 2003, in the State and Federal District of Nevada,

8  **JOSE LUIS PACHECO-VELASQUEZ, AND
   LUIS WILLIAM KAUFMAN,**
9

10  defendants herein, did knowingly and intentionally possess with the intent to distribute at least
11  500 grams or more of a mixture and substance containing a detectable amount of
12  methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States
13  Code, Section 841 (a)(1), (b)(1)(A)(viii).

14  **DATED:** this 4 day of June 2003.
15  **A TRUE BILL:**
16
17                              _____
                                FOREPERSON OF THE GRAND JURY
18

19  DANIEL G. BOGDEN
    United States Attorney
20
21  _____
22  PAMELA A. GREIMAN
    Assistant United States Attorney
23
24
25
26

I hereby attest and certify on 3-4-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk

2

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00246-RCJ-PAL-1
#### Internal Use Only

Case title: USA vs Jose Luis Pacheco-Velasquez, et al.

Date Filed: 06/04/2003
Date Terminated: 07/23/2004

Assigned to: Judge Robert C. Jones
Referred to: Magistrate Judge Peggy A. Leen

**Defendant (1)**

Jose Luis Pacheco-Velasquez
*TERMINATED: 07/23/2004*

represented by **Alexander A. Modaber**
Federal Public Defender
330 South Third St.
Ste 700
Las Vegas, NV 89101
702-388-6577
Email: ECF_Vegas@FD.ORG
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Jason F. Carr**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
702-388-6577
Fax: 702-388-6261
Email: ECF_Vegas@FD.ORG
*TERMINATED: 06/13/2003*
*Designation: FPD*

**Pending Counts**

21:846=CD.F
&841(a)(1),(b)(1)(A)(viii) -
CONSPIRACY TO DISTRIBUTE A
CONTROLLED SUBSTANCE
(1)

**Disposition**

Dismissed, Gov Mtn; Disposed Date 3/22/2004

| 06/13/2003 | 8 | ARRAIGNMENT/PLEA D/Velasquez pleds NG to Cts 1&2 of Ind; stacked trial set for 7/29/03 @8:30am w/cc set for 7/23/03 @8:30am; D remanded to cstdy (tape 3-4-68) cpys dist. (Entered: 06/13/2003) |
|---|---|---|
| 06/13/2003 | 9 | ORDER REGARDING PRETRIAL PROCEDURE ORDER p/t mtns due 7/13/03; rspnses due 7/24/03; replys due 7/27/03 (Entered: 06/13/2003) |
| 06/17/2003 | 10 | MOTION FOR DISCOVERY re D/Velasquez (Entered: 06/17/2003) |
| 06/30/2003 | 12 | NOTICE (OTHER) of intent to introduce audio, CD & video tapes obo gvt (m) (Entered: 07/01/2003) |
| 07/11/2003 | 13 | ORDER REGARDING TRIAL ORDER stacked trial set for 7/29/03 @8:30am w/cc set for 7/23/03 @8:30am. cpys dist. (Entered: 07/14/2003) |
| 07/14/2003 | 14 | MOTION TO COMPEL MOTION to compel disclosure of informant percipient witnesses obo D/Velasquez (p)(DISPO: denied #17 (Entered: 07/14/2003) |
| 07/21/2003 |  | TRAVERSE stip to cont trial obo gvt to BP (Entered: 07/21/2003) |
| 07/23/2003 | 15 | FINDINGS OF FACT ORDER trial cont to 9/30/03 @8:30am w/cc cont to 9/17/03 @8:30am. (speedy trial cited) cpys dist. (Entered: 07/23/2003) |
| 07/29/2003 | 16 | OBJECTION TO REPORT AND RECOMMENDATIONS OBJECTION to Ds mtn to compel (#14) obo gvt (m) (Entered: 07/29/2003) |
| 08/11/2003 | 17 | ORDER ORDER D/Velasquez's mtn to compel (#14) denied. cpys dist. (Entered: 08/11/2003) |
| 08/27/2003 | 18 | ORDER REGARDING TRIAL ORDER stacked trial set for 9/30/03 @8:30am w/cc set for 9/17/03 @8:30am. cpys dist. (Entered: 08/27/2003) |
| 09/10/2003 | 19 | MOTION FOR MISCELLANEOUS RELIEF MOTION to re-open the issu of pretrial detention obo D/Pacheco (p)(DISPO: oppo #21, denied #22 (Entered: 09/10/2003) |
| 09/11/2003 | 20 | MINUTE ORDER ORDER gvt to file rspnse to D/Pacheco's mtn to reopen p/t detn (#19) by 9/15/03. cpys dist. (Entered: 09/12/2003) |
| 09/15/2003 | 21 | RESPONSE IN OPPOSITION OPPOSITION to D/Pacheco's mtn to re-opn issu of p/t detn (#19) obo gvt. (m) (Entered: 09/15/2003) |
| 09/16/2003 | 22 | MINUTE ORDER ORDER D/Pacheco's mtn to re-opn issu of p/t detn (#19) is denied. cpys dist. (Entered: 09/16/2003) |
| 09/16/2003 |  | TRAVERSE stip to cont trial obo gvt to BP (Entered: 09/16/2003) |
| 09/19/2003 | 23 | FINDINGS OF FACT ORDER trial cont to 11/18/03 @8:30am w/cc cont to 11/13/03 @8:30am (speedy trial cited) cpys dist. (Entered: 09/19/2003) |
| 10/01/2003 | 24 | TRAVERSE APPEAL frm Mag Judg's Detn Ordr (in transcript of Mag papers) obo D/Pacheco (p) (Entered: 10/02/2003) |

| | | |
|---|---|---|
| 10/06/2003 | 25 | OBJECTION TO REPORT AND RECOMMENDATIONS OBJECTION to D/Pacheco's appeal (#24) obo gvt (m) (Entered: 10/07/2003) |
| 10/08/2003 | 26 | NOTICE OF HEARING Hrng re D/Velasquez's appeal frm Mag Jdge Detn Ordr (#24) set for 10/15/03 @1pm. cpys dist. (Entered: 10/08/2003) |
| 10/16/2003 | 27 | STATUS CONFERENCE re D/Pacheco-Velasquez on appeal fm Magistrate Jduge's Deten Ord (#24): mag judge order affirmed. (C/Rep F. Zabin) cps dist (Entered: 10/16/2003) |
| 10/31/2003 | 28 | ORDER REGARDING TRIAL ORDER stacked trial set for 11/18/03 @8:30am w/cc set for 11/13/03 @8:30am. cpys dist. (Entered: 11/03/2003) |
| 11/06/2003 | | TRAVERSE stip to cont trial obo gvt to BP (Entered: 11/06/2003) |
| 11/19/2003 | 29 | ORDER ON STIPULATION re Bth D's: Trl cont to 1/20/04 @ 8:30 am w/cal call 1/14/04 @ 8:30 am; Trl brfs, etc due 1/15/04 cps dist (Entered: 11/21/2003) |
| 12/02/2003 | 30 | MINUTE ORDER ORD case reassigned to judge Robert C. Jones (Entered: 12/02/2003) |
| 01/02/2004 | 31 | ORDER REGARDING TRIAL ORDER stacked trial set for 1/20/04 @9am w/cc set for 1/8/04 @9am. cpys dist. (Entered: 01/02/2004) |
| 01/07/2004 | | STIPULATION re: D/s Pacheco-Velasquez & Kaufman To Cont Trl Dte (to Barb) (Entered: 01/07/2004) |
| 01/09/2004 | 32 | ORDER ON STIPULATION re: D/s Pacheco-Velasquez & Kaufman: Trl crrntly set for 1/20/04 vctd & contd to 3/30/04 @ 9am w/cal call 3/24/04 @ 9am; Trl brfs, etc due 3/25/04 by 4pm (speedy cited) cps dist (Entered: 01/09/2004) |
| 01/27/2004 | 33 | FINDINGS OF FACT ORDER trial cont to 3/30/04 @9am w/cc con to 3/24/04 @9am (speedy trial cited) cps dist (Entered: 01/27/2004) |
| 03/16/2004 | 34 | ORDER REGARDING TRIAL re D/Pacheco-Velasquez & Kaufman: Trl set for & cnsl to subp wits for 3/30/04 @ 9:00 am w/cal call 3/24/04 @ 9:00 am cps to cnsl (Entered: 03/16/2004) |
| 03/17/2004 | 35 | NOTICE OF HEARING re D/Pacheco: Chnge of plea set for 3/22/04 @ 10:40 am cps dist (Entered: 03/19/2004) |
| 03/22/2004 | 36 | *SEALED* CHANGE OF PLEA Hld 3/22/04 bfr RCJ: D/Pacheco-Velasquez pleds GT to Ct 2 of Ind; I/S set for 7/12/04 @1:30pm; trial vacated; D remanded to cstdy; Hrng sealed (C/R E Davis) cpys dist. (Entered: 03/22/2004) |
| 03/22/2004 | 37 | *SEALED* PLEA AGREEMENT/MEMORANDUM re D/Pacheco-Velasquez (Entered: 03/22/2004) |
| 03/25/2004 | 38 | FINDINGS OF FACT ORDER trial cont to 6/29/04 @9am w/cc cont to 6/25/04 @9am (speedy trial cited) cpys dist (Entered: 03/25/2004) |

| 07/06/2004 | 41 | *SEALED* MOTION FOR DEPARTURE re D/ Pacheco-Velasquez; gvt's mtn (cpy to RCJ) (Entered: 07/06/2004) |
|---|---|---|
| 07/06/2004 | 42 | *SEALED* OBJECTION TO REPORT AND RECOMMENDATIONS obo D Pacheco: to PSR (Entered: 07/07/2004) |
| 07/12/2004 | 43 | *SEALED* SENTENCING re D/ Pacheco-Velasquez: As to CT 2 of indctmt- sntnce imposed; assessmt; D remanded to cstdy (C/R L. DeCarter) cps dist (Entered: 07/12/2004) |
| 07/23/2004 | 44 | *SEALED* JUDGMENT Dtd 7/23/04 - re D/ Pacheco-Velasquez: As to CT 2 of indctmt - 60 mos cstdy USBOP; D rmnded to cstdy of USM; 60 mos supv rlse; $100 assessmt; CT 1 DISM on gvt mtn cps dist (Entered: 07/26/2004) |
| 08/25/2004 | 45 | *SEALED* JUDGMENT RETURNED EXECUTED D/ Pacheco-Velasquez dlvrd to FPC Nellis, LV, NV on 8/19/04 (Entered: 08/25/2004) |
| 01/22/2008 | 69 | *SEALED* SEALED Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Jose Luis Pacheco-Velasquez (Attachments: # 1 Prob Form 22) (Boardman, Chad) (Entered: 01/22/2008) |
| 01/30/2008 | 70 | ORDER TRANSFERRING JURISDICTION OF PROBATION as to Jose Luis Pacheco-Velasquez. Signed by Judge Judge Robert C. Jones on 1/28/08. (Copies have been distributed pursuant to the NEF - OXC) (Entered: 02/04/2008) |
| 02/15/2008 |  | (Court only) **NON-PUBLIC** Motions terminated as to Jose Luis Pacheco-Velasquez: 69 SEALED Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Jose Luis Pacheco-Velasquez. (TKH) (Entered: 02/15/2008) |
| 03/03/2008 | 71 | TRANSMITTAL from Southern District of California requesting documents re: transfer of jurisdiction. (AXM) (Entered: 03/04/2008) |
| 03/04/2008 | 72 | TRANSMITTAL with certified copies of documents re: 71 Transmittal of Probation to Southern District of California. (AXM) (Entered: 03/04/2008) |

I hereby attest and certify on 3-4-08 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk